| | |
|---|---|
| McALLEN Division | CR. No. **M-19-778**  M-19-0825-M |
| **INDICTMENT** Filed: May 8, 2019 | Judge: **MICAELA ALVAREZ** |
| County: Hidalgo | |
| Lions #: **2019R13237** | Attorneys: |
| UNITED STATES OF AMERICA | RYAN K. PATRICK, UNITED STATES ATTORNEY |
| v. | PATRICIA COOK PROFIT, ASST. U.S. ATTORNEY |
| RAYMOND ALLEN PIERCY | Cts. 1 & 2    Charles A. Banker, III, Ret'd, (713) 227-4100 |
| *Custody:* 4/11/2019 | |

Charge(s):
Ct. 1: Conspiracy to possess with intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin.
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Ct. 2: Possession with intent to distribute 1 kilogram or more, that is, approximately 7.85 kilograms of a mixture or substance containing a detectable amount of heroin.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Total Counts
**(2)**

Penalty: Cts. 1 & 2:   Imprisonment for 10 yrs.* to Life and/or a $10,000,000.00 fine and at least a 5 yr. SRT (as to each count) (*MANDATORY MINIMUM)

Agency: Drug Enforcement Administration - Ashley Brazelton - M5-18-0050

Date                                                    Proceedings